IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAKETTA JACKSON,<br><br>    PLAINTIFF,<br>v.<br><br>ALLIED UNIVERSAL SERVICES,<br><br>    DEFENDANT. | Civil Action No.: 2:21-cv-01973 |

### JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff, Shaketta Jackson, and Defendant Allied Universal Services ("Defendant" or "Allied"), and hereby jointly and mutually stipulate to the dismissal of Plaintiff's Complaint in this case in its entirety, including all claims asserted herein against any party and by virtue of any pleading entered or filed in this proceeding, as the parties have agreed to arbitrate the matter. The parties further request the removal of the case from the Court's docket. All parties to bear their own attorneys' fees and costs.

| | |
|---|---|
| */s/ Christopher A. Macey, Jr.*<br>Christopher A. Macey, Jr.<br>Bell & Bell LLP<br>One Penn Center<br>1617 JFK Blvd.<br>Suite 1254<br>Philadelphia, PA 19103<br>Tel. (215) 569-2285<br>Fax. (215) 569-2220<br>Email: christophermacey@bellandbelllaw.com<br><br>*Attorney for Plaintiff* | */s/ Jared L. Pickell*<br>Jared L. Pickell, Esquire<br>Buchanan Ingersoll & Rooney PC<br>Two Liberty Place<br>50 S. 16th Street, Suite 3200<br>Philadelphia, PA 19102-2555<br>Tel: (215) 665-8700<br>Fax: (215) 665-8760<br>E-mail: jared.pickell@bipc.com<br><br>*Attorney for Defendant Allied Universal Services* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he has electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and all parties have been served via CM/ECF's efiling notification system.

*/s/ Christopher A. Macey, Jr.*
Christopher A. Macey, Jr.